RECEIVED
NOV 2 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BARRY AND DEBRA NAVIAUX | CIVIL ACTION NO. 13-2291 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| UNITECH TRAINING ACADEMY, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to remand (Doc. 17) is **DENIED.** This court retains supplemental jurisdiction over the state law claims asserted against all defendants/third party defendants.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of November, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT