RECEIVED
IN ALEXANDRIA, LA.
JUN 1 2 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BARRY NAVIAUX, ET AL | CIVIL ACTION NO. 13-2291 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| UNITECH TRAINING ACADEMY | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, doc. #31, is GRANTED and that all claims by plaintiffs against BCBS are DISMISSED WITH PREJUDICE and that the motion to remand is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _12_ day of ____June____, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT